UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                  :

In re                                        :

                                                :    Case No. 21-12147 (JLG)

First Step Trademarks, LLC     :

                                                :    Chapter 11

                                                :

                                   Debtor.    :

------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Jolene Wee**
**447 Broadway Street 2nd Fl #502**
**New York, NY 10013**
**Phone: (646) 204-0033**
**Fax: (646) 810-3989**
**Email: jwee@jw-infinity.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated:  January 3, 2022
         New York, New York

                                                  WILLIAM K. HARRINGTON,
                                                  UNITED STATES TRUSTEE

                                 By:   */s/ Benjamin J. Higgins*
                                         Benjamin J. Higgins
                                         Trial Attorney
                                         Office of the United States Trustee
                                         201 Varick St., Room 1006
                                         New York, New York 10014
                                         (212) 510-0500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE: CASE NO.

First Step Trademarks, LLC 21-12147

Debtor. CHAPTER 11

VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $575, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated: January 3, 2021

*/s/ Jolene Wee*
Jolene Wee
JW Infinity Consulting, LLC
447 Broadway 2nd Fl #502
New York, NY 10013
E-mail: jwee@jw-infinity.com
Phone: (929) 502-7715
Fax:    (646) 810-3989

1